| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Crotty, Paul A. | 2. Court or Organization<br><br>U.S. District Court (S.D.N.Y.) | 3. Date of Report<br><br>07/05/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Senior - Effective 8/1/2015) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑  Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>500 Pearl Street<br>Room 1350<br>New York, New York 10007 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑  **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A. | 07/05/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | (Spouse) George Arzt Communications - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A. | 07/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  AMEX | B | Dividend | K | T | Sold (part) | 10/05/16 | K | C | |
| 2.  Ameriprise Fin'l Inc. | A | Dividend | K | T | Sold (part) | 04/20/16 | J | C | |
| 3.  Apple Inc. | A | Dividend | J | T | | | | | |
| 4.  Coca Cola | C | Dividend | L | T | | | | | |
| 5.  Duke Energy Corp. | A | Dividend | K | T | Sold (part) | 04/20/16 | J | B | |
| 6.  Exxon Mobil | B | Dividend | L | T | Sold (part) | 10/05/16 | K | D | |
| 7.  General Electric | A | Dividend | J | T | | | | | |
| 8.  Spectra Energy Corp. | A | Dividend | K | T | Sold (part) | 10/05/16 | J | C | |
| 9.  Stryker Corp. | A | Dividend | K | T | Sold (part) | 04/02/16 | J | C | |
| 10.  Teva Pharmaceuticals | A | Dividend | J | T | Sold (part) | 11/03/16 | J | A | |
| 11.  United Health Care | A | Dividend | K | T | | | | | |
| 12.  Alliance Bernstein Capital | A | Interest | | | Sold | 04/20/16 | L | A | |
| 13.  Fidelity NY Muni Fund | A | Dividend | | | Sold | 04/20/16 | J | A | |
| 14.  Norbelle LLC | | None | K | U | | | | | |
| 15.  New Entrepreneur Fund | D | Dividend | | | Closed | 01/01/16 | J | A | |
| 16.  Accelerate Diagnostics | | None | K | T | Buy | 02/04/16 | J | | |
| 17.  Dreyfus Institutional Treasury | A | Dividend | K | T | Buy | 03/04/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A. | 07/05/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bristol-Myers Squibb | A | Dividend | J | T | Buy | 03/14/16 | J | | |
| 19. Ford Motor | A | Dividend | J | T | Buy | 03/04/16 | J | | |
| 20. Lockheed Martin | A | Dividend | J | T | Buy | 03/04/16 | J | | |
| 21. Pfizer | A | Dividend | J | T | Buy | 10/05/16 | J | | |
| 22. Alphabet Inc. Class 1 | | None | K | T | Buy | 10/05/16 | J | | |
| 23. Union Pacific Corp. | A | Dividend | J | T | Buy | 10/05/16 | J | | |
| 24. Consolidated IRA (H) | | | | | | | | | |
| 25. - Artisan Int'l | | None | | | Sold | 03/04/16 | J | | |
| 26. - Fidelity Low Priced Stock | | None | | | Sold | 03/04/16 | J | | |
| 27. - Baron Growth | | None | | | Sold | 03/04/16 | J | | |
| 28. - Columbia Acorn Class Z | | None | | | Sold | 03/04/16 | J | | |
| 29. - Columbia Acorn International Class Z | | None | | | Sold | 03/04/16 | J | | |
| 30. - Dodge & Cox Stock | | None | | | Sold | 03/04/16 | J | | |
| 31. - Harbor International | | None | | | Sold | 03/04/16 | J | | |
| 32. - Fidelity Cash Reserves | | None | | | Sold | 03/04/16 | J | | |
| 33. - Spartan 500 Index | | None | | | Sold | 03/04/16 | J | | |
| 34. - Oppenheimer Int'l Growth | | None | | | Sold | 03/04/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A. | 07/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Allianz Agic High Yield | | None | | | Sold | 03/04/16 | J | | |
| 36. - AMG Yacktman | | None | | | Sold | 03/04/16 | J | | |
| 37. - AMG Yacktman | | None | | | Sold | 03/04/16 | J | | |
| 38. - AQR Managed | | None | | | Sold | 03/04/16 | J | | |
| 39. - AQR Managed | | None | | | Sold | 03/04/16 | J | | |
| 40. - Arbitrage Fund | | None | | | Sold | 03/04/16 | J | | |
| 41. - Arbitrage Fund | | None | | | Sold | 03/04/16 | J | | |
| 42. - Calamos Market Neutral | | None | | | Sold | 03/04/16 | J | | |
| 43. - Calamos Market Neutral | | None | | | Sold | 03/04/16 | J | | |
| 44. - Columbia Acorn Select A | | None | | | Sold | 03/04/16 | J | | |
| 45. - Columbia Acorn Select A | | None | | | Sold | 03/04/16 | J | | |
| 46. - Driehaus Active | | None | | | Sold | 03/04/16 | J | | |
| 47. - Driehaus Active | | None | | | Sold | 03/04/16 | J | | |
| 48. - Forward Tactical Growth | | None | | | Sold | 03/04/16 | J | | |
| 49. - Forward Tactical Growth | | None | | | Sold | 03/04/16 | J | | |
| 50. - John Hancock Global | | None | | | Sold | 03/04/16 | J | | |
| 51. - John Hancock Global | | None | | | Sold | 03/04/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A. | 07/05/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Loomis Sayles Bond Retail | | None | | | Sold | 03/04/16 | J | | |
| 53. - Loomis Sayles Bond Retail | | None | | | Sold | 03/04/16 | J | | |
| 54. - Mainstay High Yield | | None | | | Sold | 03/04/16 | J | | |
| 55. - Mainstay High Yield | | None | | | Sold | 03/04/16 | J | | |
| 56. - Mainstay Marketfield | | None | | | Sold | 03/04/16 | J | | |
| 57. - Mainstay Marketfield | | None | | | Sold | 03/04/16 | J | | |
| 58. - Akre Focus | | None | | | Sold | 03/04/16 | J | | |
| 59. - Akre Focus | | None | | | Sold | 03/04/16 | J | | |
| 60. - Putnam Capital | | None | | | Sold | 03/04/16 | J | | |
| 61. - Putnam Capital | | None | | | Sold | 03/04/16 | J | | |
| 62. - Wasatch Long/Short | | None | | | Sold | 03/04/16 | J | | |
| 63. - Wasatch Long/Short | | None | | | Sold | 03/04/16 | J | | |
| 64. - Whitebox Tactical | | None | | | Sold | 03/04/16 | J | | |
| 65. - Whitebox Tactical | | None | | | Sold | 03/04/16 | J | | |
| 66. - AMG Times Square | | None | | | Sold | 03/04/16 | J | | |
| 67. - Adirondack Small Cap | | None | | | Sold | 03/04/16 | J | | |
| 68. - Edgewood Growth | | None | | | Sold | 03/04/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Crotty, Paul A. | 07/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   - Columbia Acorn International | | None | | | Sold | 03/04/16 | J | | |
| 70.   - G.S. Mid Cap | | None | | | Sold | 03/04/16 | J | | |
| 71.   - G.S. Large Cap | | None | | | Sold | 03/04/16 | K | | |
| 72.   - Sound Shore | | None | | | Sold | 03/04/16 | K | | |
| 73.   - I Shares Core S&P 500 ETF | | None | | | Sold | 03/04/16 | K | | |
| 74.   - I Shares Core S&P Mid-Cap ETF | | None | | | Sold | 03/04/16 | J | | |
| 75.   - I Shares Core S&P Small-Cap ETF | | None | | | Sold | 03/04/16 | J | | |
| 76.   - I Shares MSCI Pacific Ex Japan | | None | | | Sold | 03/04/16 | J | | |
| 77.   - I Shares MSCI Japan ETF | | None | | | Sold | 03/04/16 | J | | |
| 78.   - I Shares MSCI S. Korea | | None | | | Sold | 03/04/16 | J | | |
| 79.   - I Shares S&P Midcap 400 | | None | | | Sold | 03/04/16 | J | | |
| 80.   - I Shares S&P 500 Growth ETF | | None | | | Sold | 03/04/16 | J | | |
| 81.   - SPDR Ser Tr S&P Bank ETF | | None | | | Sold | 03/04/16 | J | | |
| 82.   - Vanguard International Equity | | None | | | Sold | 03/04/16 | J | | |
| 83.   - Wisdom Tree Trust Emerging | | None | | | Sold | 03/04/16 | J | | |
| 84.   - Wisdom Tree Trust Europe Hedged | | None | | | Sold | 03/04/16 | J | | |
| 85.   - Wisdom Tree Trust Japan | | None | | | Sold | 03/04/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A. | 07/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Alphabet Inc. Class C | | None | K | T | Buy | 04/21/16 | K | | |
| 87. - Amazon | | None | K | T | Buy | 04/19/16 | K | | |
| 88. - American Water Works | A | Dividend | K | T | Buy | 04/21/16 | K | | |
| 89. - Apache Corp. | A | Dividend | K | T | Buy | 04/21/16 | K | | |
| 90. - Apple Inc. | A | Dividend | K | T | Buy | 04/19/16 | K | | |
| 91. - Barrick Gold Corp. | A | Dividend | J | T | Buy | 04/19/16 | J | | |
| 92. - Bristol-Myers Squibb | A | Dividend | J | T | Buy | 04/19/16 | J | | |
| 93. - Caterpillar | A | Dividend | K | T | Buy | 04/19/16 | K | | |
| 94. - Chubb Ltd. | A | Dividend | J | T | Buy | 04/21/16 | J | | |
| 95. - Comcast | A | Dividend | K | T | Buy | 04/21/16 | K | | |
| 96. - Costco | A | Dividend | K | T | Buy | 04/21/16 | K | | |
| 97. - Disney Walt | A | Dividend | K | T | Buy | 04/19/16 | K | | |
| 98. - Ecolab | A | Dividend | K | T | Buy | 04/19/16 | K | | |
| 99. - Exxon Mobil | A | Dividend | K | T | Buy | 04/19/16 | K | | |
| 100. - Facebook | | None | K | T | Buy | 04/19/16 | K | | |
| 101. - Ford Motor | A | Dividend | J | T | Buy | 04/21/16 | J | | |
| 102. - Henry Schein | | None | J | T | Buy | 04/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A. | 07/05/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Home Depot | A | Dividend | J | T | Buy | 04/19/16 | J | | |
| 104. - Honeywell | A | Dividend | K | T | Buy | 04/21/16 | K | | |
| 105. - Lockheed Martin | A | Dividend | K | T | Buy | 04/19/16 | K | | |
| 106. - Medtronics | | None | J | T | Buy | 04/21/16 | J | | |
| 107. - Monsanto | A | Dividend | K | T | Buy | 04/19/16 | J | | |
| 108. - Nucor | A | Dividend | J | T | Buy | 07/14/16 | J | | |
| 109. - Palo Alto Networks | | None | J | T | Buy | 04/19/16 | J | | |
| 110. - Pfizer | | None | K | T | Buy | 04/19/16 | K | | |
| 111. - Pioneer Natural Resources | A | Dividend | K | T | Buy | 04/19/16 | K | | |
| 112. - Raytheon | A | Dividend | K | T | Buy | 04/19/16 | K | | |
| 113. - Sherwin Williams | A | Dividend | J | T | Buy | 04/19/16 | J | | |
| 114. - Southwest Airlines | A | Dividend | J | T | Buy | 04/19/16 | J | | |
| 115. - Stryker | A | Dividend | K | T | Buy | 07/15/16 | K | | |
| 116. - Union Pacific | A | Dividend | J | T | Buy | 04/19/16 | J | | |
| 117. - U.S. Bankcorp | A | Dividend | K | T | Buy | 04/19/16 | J | | |
| 118. - Visa Inc. | A | Dividend | K | T | Buy | 04/19/16 | K | | |
| 119. - Waste Management | A | Dividend | K | T | Buy | 04/21/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A. | 07/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Weyerhaeuser Reit | A | Dividend | K | T | Buy | 04/19/16 | K | | |
| 121.  - Honeywell Int'l Bond | A | Interest | K | T | | | | | |
| 122.  - Walt Disney Bond | B | Interest | K | T | | | | | |
| 123.  - Oracle Bond | B | Interest | K | T | | | | | |
| 124.  - Kimberly Clark Bond | B | Interest | K | T | | | | | |
| 125.  - Pepsico Bond | A | Interest | K | T | | | | | |
| 126.  - Apple Inc. Bond | A | Interest | K | T | | | | | |
| 127.  - Fidelity Cash Reserves | A | Interest | | | Redeemed | 04/19/16 | J | | |
| 128.  - Anheuser Busch Bond | A | Interest | | | Redeemed | 12/03/16 | K | | |
| 129.  - Federal Farm Bond | A | Interest | | | Redeemed | 12/03/16 | K | | |
| 130.  - Federal Home Loan Bond | B | Interest | K | T | | | | | |
| 131.  - Pfizer & Co. Bond | A | Interest | | | Redeemed | 12/16/16 | K | | |
| 132.  - Medtronic Bond | B | Interest | K | T | | | | | |
| 133.  - SBC Bond | A | Interest | | | Redeemed | 12/16/16 | K | | |
| 134.  - McDonald's Bond | B | Interest | K | T | | | | | |
| 135.  - Con Edison Bond | B | Interest | K | T | | | | | |
| 136.  - Wal-Mart Bond | C | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A. | 07/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Phillip Morris Bond | B | Interest | K | T | | | | | |
| 138. - Total Capital SA Bond | B | Interest | K | T | | | | | |
| 139. - General Electric Bond | B | Interest | K | T | | | | | |
| 140. - Praxair Bond | A | Interest | K | T | | | | | |
| 141. - General Dynamics Bond | B | Interest | K | T | | | | | |
| 142. - Comcast Bond | B | Interest | K | T | | | | | |
| 143. - U.S. Treasury Notes | A | Interest | K | T | | | | | |
| 144. - TVA Bond | A | Interest | K | T | | | | | |
| 145. - Novartis Bond | A | Interest | K | T | | | | | |
| 146. - Cisco Bond | B | Interest | K | T | | | | | |
| 147. - Dreyfus Financial | A | Dividend | J | T | Buy | 04/06/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crotty, Paul A. | 07/05/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Two (2) IRA's consolidated into one (1) IRA.

**FINANCIAL DISCLOSURE REPORT**

Page 14 of 14

Name of Person Reporting

Crotty, Paul A.

Date of Report

07/05/2017

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul A. Crotty**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544